HARRIS 'STRUCTURAL STEEL CO., INC., v. GEORGE DOSE ENGINEERING COMPANY, INC., and Others, Impleaded with NEW AMSTERDAM CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals

of leave to appeal, upon defendant New Amsterdam Casualty Company filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.